IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY L. SCOTT,

    Petitioner,

v.                                  5:14cv117-WS

N.C. ENGLISH, WARDEN,

    Respondent.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 19, 2014.  See Doc. 16.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.  The petitioner has filed no objections to the report and recommendation.

The court having reviewed the report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

4.  The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this   29th   day of    December   , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE